U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 APR 26  PM 4: 23

BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| States of ALASKA, CALIFORNIA, ) | FILED UNDER SEAL |
| COLORADO, CONNECTICUT, ) | |
| DELAWARE, FLORIDA, GEORGIA, ) | |
| HAWAII, ILLINOIS, INDIANA, IOWA, ) | Civil No. 2:20-cv-74-cr |
| LOUISIANA, MARYLAND, ) | |
| MASSACHUSETTS, MICHIGAN, ) | |
| MINNESOTA, NEVADA, ) | |
| NEW HAMPSHIRE, NEW JERSEY, ) | |
| NEW MEXICO, NEW YORK, ) | |
| NORTH CAROLINA, OKLAHOMA, ) | |
| RHODE ISLAND, TENNESSEE, ) | |
| TEXAS, VERMONT, VIRGINIA, ) | |
| WASHINGTON, WISCONSIN, ) | |
| DISTRICT OF COLUMBIA, and ) | |
| Commonwealth of PUERTO RICO, ) | |
| ) | |
|       Plaintiffs, ) | |
| ) | |
|   ex rel. ) | |
| ) | |
| LISA BIBBY, ) | |
| ) | |
|       Plaintiff-Relator, ) | |
| ) | |
|   v. ) | |
| ) | |
| INFOR, INC., ) | |
| ) | |
|       Defendant. ) | |

## ORDER

The United States and the co-plaintiff States (including Washington, D.C. and Puerto Rico) having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and analogous state False Claims Acts, the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and the States, as provided for in 31 U.S.C. § 3730(c)(3) and analogous state False Claims Act provisions. The United States and/or the States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States and the co-plaintiff States;

6. all orders of this Court shall be sent to the United States and the co-plaintiff States;

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the co-plaintiff States (with the exception of the State of Maryland) before ruling or granting its approval; and that

8. in accordance with the Maryland False Health Claims Act, Md. Code Ann., Health Gen, § 2-604(a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are dismissed without prejudice.

IT IS SO ORDERED,

This __26th__ day of __April__, 2022.

_____
United States District Judge